Nos. 25-881 and 25-1481

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

OUTDOOR POWER EQUIPMENT INSTITUTE, et al.,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Respondents*.

On Petition for Review of Notice of Decision
of the U.S. Environmental Protection Agency

**EPA'S MOTION TO EXTEND TIME TO FILE BRIEF**

1. EPA respectfully requests that the Court extend the answering-brief deadline by 45 days, from April 6 to May 21, 2026. Fed. R. App. P. 26(b); 9th Cir. R. 31-2.2(b). Petitioners and Intervenors take no position on this motion.

2. The Court may grant a motion for an extension of time upon a showing of good cause. Fed. R. App. P. 26(b). "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The attached

1

declaration of undersigned counsel explains the good cause for the requested modifications. Briefly, the modifications are justified for the following reasons.

3. First, the requested extension will provide EPA with roughly the amount of time Petitioners received to prepare their brief. Petitioners' brief was initially due on November 5, 2025, 42 days after the Court set the briefing schedule. *See* Dkt. No. 43.1. Petitioners then sought and received a 90-day extension of time to file their brief. *See* Dkt. Nos. 47.1, 50.1. If the Court grants EPA's motion, EPA will have 107 days to prepare its answering brief, compared to Petitioners' 132 days.

4. Second, both Department of Justice and EPA counsel require additional time due to the press of other business. Specifically, undersigned counsel has multiple filing deadlines, and has most notably been preparing two motions to dismiss, as well as a motion for summary judgment. Moreover, agency counsel working on this matter—whose input is critical in the preparation of this brief—are consumed with multiple agency rulemakings and reviewing draft filings in other cases.

5. Finally, additional time will also allow for the extensive review process required for briefs filed on behalf of federal agencies.

6. Undersigned counsel will work diligently to ensure no further extensions are needed.

7. For these reasons and those in the attached declaration, EPA respectfully requests that the Court extend the deadline to file the answering brief by 45 days to May 21, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
 *Principal Deputy Assistant Attorney General*

/s/ *Jeffrey Hughes*
JEFFREY HUGHES
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7411
Washington, D.C. 20044
(202) 532-3080
jeffrey.hughes@usdoj.gov

*Counsel for EPA*

March 26, 2026

3

## DECLARATION OF COUNSEL
## IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME

I, Jeffrey Hughes, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am an attorney in the Environmental Defense Section, Environment and Natural Resources Division, U.S. Department of Justice. I am lead counsel for EPA in this appeal, and I am principally responsible for preparing the EPA's answering brief.

2.    Under the current briefing schedule, EPA's answering brief is due April 6, 2026. If the motion were granted, EPA's answering brief would be due May 21, 2026.

3.    EPA's brief was originally due March 5, 2026. The Court granted EPA's streamlined request for an extension of time to file the answering brief on February 10, 2026.

4.    Despite the exercise of diligence, I am unable to file the answering brief by the current due date for the following reasons:

a.    I am responsible for several other pending matters that require significant time and attention. Since the granting of the streamlined request for an extension of time, I have spent a substantial amount of time preparing two motions to dismiss and a motion for summary judgment. I am also preparing filings in

1

several additional cases. Moreover, I spent a considerable amount of time preparing for and participating in four moot court exercises.

b.      All appellate briefs filed on behalf of the federal government must undergo an extensive review and clearance process before filing. In this case, that process includes reviews at both the Department of Justice and EPA. I am informed that the relevant counsel at EPA are currently handling multiple agency rulemakings and reviewing draft filings in other litigation. Additional time is needed to conduct the review and clearance process for this brief in an orderly manner.

5.      Extending the deadline for EPA to file its brief is further justified to provide both Petitioners and EPA with close to equal time to prepare their briefs. Petitioners received 132 days to prepare their opening brief, and this extension would give EPA 107 days to prepare the answering brief.

6.      I consulted counsel for the other parties and no party takes a position on this motion.

7.      The court reporter is not in default with regard to any designated transcripts.

8.      For these reasons, EPA respectfully requests that the Court extend the deadline to file the answering brief by 45 days to May 21, 2026.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 26, 2026

/s/ *Jeffrey Hughes*
JEFFREY HUGHES
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7411
Washington, D.C. 20044
(202) 532-3080
jeffrey.hughes@usdoj.gov

*Counsel for EPA*

3

## CERTIFICATE OF COMPLIANCE

EPA's motion complies with Rule 27(d) of the Federal Rules of Appellate Procedure as the motion contains 334 words and the declaration in support contains 398 words according to the count of Microsoft Word and has been prepared in a proportionally spaced typeface using Times New Roman 14-point font.

/s/ *Jeffrey Hughes*
JEFFREY HUGHES
*Counsel for EPA*